IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TONIA HADDIX, )<br>)<br>Defendant. )<br>) | Case No.: 2:24-cv-04076-BCW |

## MOTION FOR APPROVAL AND APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through the undersigned counsel of record, and moves the Court to appoint Hatfield Process Service as a special process server for service of a summons upon Defendant Tonia Haddix (the "Defendant"). In support of its motion, Plaintiff states:

1. Plaintiff filed its Praecipe for Writ of Execution and/or Garnishment on May 9, 2024 with this Court and requested the Clerk issue summons for service on the above-named Defendant.

2. Time is of the essence in this matter and service of process needs to occur as soon as possible.

3. Plaintiff requests the Court to appoint Hatfield Process Service to facilitate the service of process in this action. Hatfield Process Service is not a party in this litigation and has no interest in this litigation.

WHEREFORE, Plaintiff moves this Court for appointment of Hatfield Process Service as the Special Process Server in this matter and for such other and further relief as this Court deems just in the premises.

Respectfully Submitted,

POLSINELLI PC

By: /s/ *Michael A. Campbell*
    Michael A. Campbell (#35392)
    7676 Forsyth Blvd., Suite 800
    St. Louis, MO 63105
    (314) 889-8000
    Fax No. (314) 231-1776
    mcampbell@polsinelli.com

ATTORNEYS FOR PLAINTIFF