IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., ) ) ) Plaintiff, ) ) v. ) ) TANIA HADDIX, ) ) Defendant. ) | Case No. 2:24-CV-04076-BCW |

## ORDER

Before the Court is Plaintiff's Motion for Approval and Appointment of Private Process Server. (Doc. #4). The Court, being duly advised of the premises, grants said motion.

On May 23, 2024, Plaintiff filed the instant Motion for Approval and Appointment of Private Process Server. (Doc. #4). Plaintiff requests appointment of Hatfield Process Service to facilitate service of process in this action. It is hereby

ORDERED Plaintiff's Motion for Approval and Appointment of Private Process Server (Doc. #4) is GRANTED. Hatfield Process Server is hereby approved and appointed to serve process in the above-captioned matter.

IT IS SO ORDERED.

DATED: July 16, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT